## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                  Civil Action No. 1:15-cv-00172-TSE-IDD

JOHN DOE, subscriber assigned IP address
96.240.140.229,

      Defendant,

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant")
through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily
dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address
96.240.140.229. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither
answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative
purposes.

Dated: March 27, 2015

                                 Respectfully submitted,

                                 By: ___/s/ *William E. Tabot*_____
                                 William E. Tabot PC
                                 9248 Mosby Street
                                 Manassas, VA 20110-5038
                                 Phone: 703-530-7075
                                 Email: wetabotesq@wetlawfirm.com
                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *William E. Tabot*_____
William E. Tabot